JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVEL ASSETS, INC., D/B/A SMOKEBUDDY,<br><br>    Plaintiff,<br><br>    v.<br><br>MADURO DISTRIBUTORS INC. D/B/A THE LOON, AND MOHAMMED WAZWAZ, AN INDIVIDUAL,<br><br>    Defendants. | No. CV 24-7675-DMG (MARx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [48]** |

Upon consideration of the parties' Joint Stipulation of Dismissal Without Prejudice [Doc. # 48], filed pursuant to Federal Rule of Civil Procedure 41(a),

IT IS HEREBY ORDERED that the Court's September 30, 2025 Order to Show Cause [Doc. # 40] is **DISCHARGED** and this action is **DISMISSED without prejudice**. The parties shall bear their own attorneys' fees and costs.

DATED: October 30, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE